# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**CARL GUTIERREZ,**

    **Plaintiff,**

v.                                                                                     No. 21-cv-0816 JCH/SMV

**UNITED STATES ATTORNEYS OFFICE
and TOM OUTLER,**

    **Defendants.**

## ORDER TO CURE DEFICIENCIES

THIS MATTER is before the Court on Plaintiff's Civil Letter-Complaint [Doc. 1], docketed on August 24, 2021. He seeks damages based on, *inter alia*, treason and fraud. The filing is deficient because Plaintiff failed to prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with a six-month account statement. *See* 28 U.S.C. § 1915(a)(2). Plaintiff must cure this deficiency **no later than September 27, 2021**. By the same deadline, Plaintiff must also update his address to include his inmate number, which may be necessary for mailing purposes. All filings must include the case number (**21-cv-0816 JCH/SMV**). The failure to timely comply with this Order may result in dismissal of this case without further notice.

**IT IS THEREFORE ORDERED** that **no later than September 27, 2021**, Plaintiff prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with an account statement reflecting transactions between **February 24, 2021**, and **August 24, 2021**.

**IT IS FURTHER ORDERED** that **no later than September 27, 2021**, Plaintiff also update his address to include his inmate number, which may be necessary for mailing purposes.

**IT IS FURTHER ORDERED** that the Clerk's Office shall mail Plaintiff a blank *in forma pauperis* motion.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**